## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT



8: 04-cv-2131-T

No. 05-13514-I

IN RE:

PEDRO JUAN COLON,

Petitioner.

On Petition for Writ of Mandamus
to the United States District Court for the
Middle District Of Florida

### ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this petition is hereby dismissed for want of

prosecution because petitioner has failed to file a motion for reconsideration within 30 days

of entry of the order finding this petition frivolous, effective this 31st day of August, 2005.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  Pamela Allen
Deputy Clerk

FOR THE COURT - BY DIRECTION

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 31, 2005

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA  FL  33602-3849

**Appeal Number: 05-13514-I**
Case Style: In Re:  Pedro Juan Colon
District Court Number:  04-02131 CV-T-27-MAP

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as of the mandate of this court.  See 11th Cir. R. 41-4.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

c: District Court Judge(info copy)
Clerk of District Court

Encl.

PRO-8 (03-2005)